**SHERRY RADACK**
  CHIEF JUSTICE

**TERRY JENNINGS**
**EVELYN KEYES**
**LAURA CARTER HIGLEY**
**JANE BLAND**
**MICHAEL MASSENGALE**
**HARVEY BROWN**
**REBECA HUDDLE**
**RUSSELL LLOYD**
  JUSTICES



# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

**CHRISTOPHER A. PRINE**
  CLERK OF THE COURT

**JANET WILLIAMS**
  CHIEF STAFF ATTORNEY

**PHONE:** 713-274-2700
**FAX:**  713-755-8131

www.txcourts.gov/1stcoa.aspx

August 19, 2015

Nelda T. Garcia
Administrative Assistant IV
Office of the Attorney General
Criminal Appeals Division
William P. Clements Bldg. 8th Floor
300w. 15th Street
Austin, Texas 78701
Nelda.garcia@texasattorneygeneral.gov
(512) 475-3321

**RE:**   **Court of Appeals Number:**  01-13-00298-CR
          **Trial Court Case Number:**  11-11635

**Style:**  Corwin Demetrius Johnson v The State of Texas

We are forwarding the records for the above referenced cause via the FTP site.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Jesse Rodriguez, Deputy Clerk IV